NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1196, -1197

TILLOTSON CORPORATION,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

CARDINAL HEALTH, INC., CARDINAL HEALTH 200, INC.,
and CARDINAL HEALTH MALAYSIA 211 SDN. BHD.,

Intervenors,

and

SMART GLOVE HOLDINGS, SDN. BHD.,
SMART GLOVE CORPORATION SDN. BHD., HENRY SCHEIN, INC.,
and HSI GLOVES, INC.,

Intervenors.

On appeal from the United States International Trade Commission
in Investigation Nos. 337-TA-608 and 612.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

The International Trade Commission moves for a 30-day extension of time, until

August 13, 2009, to file its brief. The Tillotson Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 1 6 2009

_____
Date

_/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:   William D. Belanger, Esq.
      Paul M. Bartkowski, Esq.

      Paul F. Brinkman, Esq.
      Scott M. Daniels, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2009

JAN HORBALY
CLERK

2009-1196, -1197                    2